UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWYNA W BROOKS D/B/A           :
EW BROOKS BOOKS LLC             :
                                :
                     Plaintiff, :
                                :
       vs.                      : 24-CV-9550 (JSR)
                                :
DAMON DASH, RAQUEL HORN,        :
THE DASH GROUP LLC, and         :
POPPINGTON LLC d/b/a DAME DASH STUDIOS :
                     Defendants :
                                :
                                :
------------------------------------------------------------X

# **FINAL JUDGMENT**

Pursuant to this Court's Order and Docket Entry 18, Judgment is entered on Counts I-V of the Complaint against the defendants as follows:

COUNT I for Successor Liability between The Dash Group LLC and Poppington LLC.

COUNT II for De Facto Merger between The Dash Group LLC and Poppington LLC.

COUNT III for Fraudulent Conveyance Between Poppington LLC and The Dash Group LLC Pursuant To New York Uniform Voidable Transactions Act (previously identified as New York DCL §§ 272-276).

COUNT IV for Aiding and Abetting between The Dash Group LLC, Raquel Horn, and Poppington LLC.

COUNT V for Alter Ego Liability between The Dash Group LLC, Damon Dash, Raquel Horn and Poppington LLC.

Final judgment on the Complaint against all defendants shall enter on all counts in the amount of $78,289.57 jointly and severally.

NOW, THEREFORE, final judgment is hereby entered against all defendants and in favor of Edwyna Brooks in the amount of $78,289.57 plus interest from the date of December 13, 2024 pursuant to 28 US 1961, in the amount/rate of 5.33 percent (annual interest of $4,172.83) or daily interest in the amount of $11.43 cents per day) as of December 13, 2024. The daily interest shall be incurred on any unpaid amounts after December 13, 2024, plus costs in the amount of $595.00. Judgment is hereby entered for JUDGMENT CREDITOR EDWYNA BROOKS.

So Ordered
May 16, 2025

Jed S. Rakoff
U.S.D.J.